UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALONZO JACKSON, | Case No. 19-cv-01443-SK |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF CONDITIONAL DISMISSAL** |
| CITY OF SAN LEANDRO, et al., | |
| Defendants. | Regarding Docket No. 59 |

In their joint case management statement, the parties informed the Court that they agreed to a full settlement of this case during an early neutral evaluation. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within one hundred and twenty days, with proof of service, that the settlement was not consummated or that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of one hundred and twenty days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: September 28, 2021



SALLIE KIM
United States Magistrate Judge